# UNITED STATES DISTRICT COURT

## DISTRICT OF MINNESOTA

**PLACEHOLDER FOR**

REPORT AND RECOMMENDATION

Lyla Burkman, as Trustee for the Heirs and
Next-of-Kin of Lorraine Melton, deceased,

        Plaintiff(s)

v.

Case Number: 06-325 (JMR/RLE)

*CenterPoint Energy Resources Corp., d/b/a
CenterPoint Energy, a Delaware corporation
doing business in Minnesota,*

        Defendant and Third-Party Plaintiff,

v.

*MidAmerica Energy Company, an Iowa
corporation a/k/a MidAmerican Energy and
a/k/a Midwest Gas a division of Midwest
Power Systems, Inc.*

        Defendant(s)

---

This document is a place holder for the following item(s) which are filed in conventional or physical form with the Clerk's Office:

*[list item(s) for which this notice serves as a placeholder in ECF]*
*(e.g.: Exhibit A - Photo of Airplane)*

If you are a participant in this case, this filing will be served upon you in conventional format.

This filing was not e-filed for the following reason(s):

___ Voluminous Document* (Document number of order granting leave to file conventionally: ___ )

___ Unable to Scan Documents (e.g., PDF file size of one page larger than 2MB, illegible when scanned)

___ Physical Object (description):

___ Non Graphical/Textual Computer File (audio, video, etc.) on CD or other media

_X_ Item Under Seal : REPORT AND RECOMMENDATION

___ Item Under Seal pursuant to the Judicial Conference Privacy Policy (General Order 53)
   (Document number of redacted version: ___ )

___ Other (description):

\* Filing of these items requires Judicial Approval.

E-file this place holder in ECF in place of the documents filed conventionally.  File a copy of this Placeholder and a copy of the NEF with the Clerk's Office along with the conventionally filed item(s).